January 3, 1973.

APPEAL No. 1771. GEORGE F. GILLIGAN *et al. v.* HUGO P. MARSOCCI *et al.* Appeal dismissed in accordance with Order of November 30, 1972, appellants having failed to file their briefs as ordered. *Kirshenbaum & Kirshenbaum, Alfred Factor,* for plaintiffs-appellees. *Aram K. Berberian,* for defendants-appellants.

January 5, 1973.

M. P. No. 1976. JOSEPH E. GONSALVES *v.* FRANCIS A. HOWARD, *Warden.* Respondent directed to file his answer to petition for habeas corpus and *show cause,* if any, why the writ should not issue as prayed, the answer to be in compliance with Rule 14. *Roberts, C.J.,* did not participate. *Joseph E. Gonsalves,* petitioner, pro se. *Richard Israel,* Attorney General, for respondent.

M. P. No. 1983. SEARS, ROEBUCK & Co. *v.* JOHN H. NORBERG, *Tax Administrator.* Petition for certiorari was considered and held pending filing of opinion in *Mart Realty, Inc.* v. *Norberg* No. 1737-M.P., 111 R.I. 402, 303 A.2d 361. Roberts, C.J. did not participate. *Domenic A. St. Angelo,* for petitioner. *W. Slater Allen,* Asst. Attorney General, *Perry Shatkin,* Chief Legal Officer, Division of Taxation, for respondent.